**Entered on Docket**
**November 13, 2009**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1

09-76824

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-27205-bam |
| Pablo Velazquez and Laura Velazquez | Date:  11/3/09<br>Time: 1:30pm |
| | Chapter 7 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1, its assignees and/or successors in interest, of the subject property, generally described as 120 Joshua Street, Henderson, NV 89015.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    **IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

2    **give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

3

4        DATED this _____ day of _____ 2009

5

6    Submitted by:

7    **WILDE & ASSOCIATES**

8

9    By

10       **GREGORY L. WILDE, ESQ.**
         Attorney for Secured Creditor
         208 South Jones Boulevard

11       Las Vegas, Nevada 89107

12    APPROVED / DISAPPROVED

13
     _____
14   David M. Crosby, Esq.
     711 S. 8th Street

15   Las Vegas, NV 89101
     Attorney for Debtor(s)

16

17   APPROVED / DISAPPROVED

18
     _____
19   Timothy S. Cory
     8831 West Sahara Ave.

20   Las Vegas, NV 89117
     Chapter 7 Trustee

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____    The court waived the requirements of LR 9021.

____    No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order                _____ disapproved the form of this order

_____ waived the right to review the order and/or    _x_ failed to respond to the document  .

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order                _____ disapproved the form of this order

_____ waived the right to review the order and/or    _x_ failed  to respond to the document

Other Party:_____

_____ approved the form of this order                _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed  to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor